

# In the Missouri Court of Appeals
## Eastern District

OCTOBER 6, 2015

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1. ED101559 STATE OF MISSOURI, RES V THOMAS P. LEBON, APP

2. ED101802 MICHAEL COFFMAN, APP V STATE OF MISSOURI, RES

3. ED101887 STATE OF MISSOURI, RES V GARY L. FULK, APP

4. ED102063 JAMES LEE SHIELDS, APP V STATE OF MISSOURI, RES

5. ED102139 STATE OF MISSOURI, RES V NATHANIEL DAVIS, APP

6. ED102146 DANIEL AUSTIN, APP V STATE OF MISSOURI, RES

7. ED102155 JOSEPH KALISZEWSKI, APP V NEWELL DUBAIL & DES RES

8. ED102227 SHEILA A. DRIEMEYER, RES V JAMES LEAHY, APP

9. ED102271 FEDERAL NAT'L MORTGAGE RES V KENNETH ROGERS APP

10. ED102297 DURON COCKRELL, APP V STATE OF MISSOURI, RES



# In the Missouri Court of Appeals
## Eastern District

OCTOBER 6, 2015

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

11.    ED102442    JEROME MCCLENDON, APP V STATE OF MISSOURI, RES

12.    ED102457 ROOSEVELT LIVINGSTON, APP V STATE OF MISSOURI, RES

13.    ED102497 ARTHUR JONES, APP V STATE OF MISSOURI, RES

14.    ED102551 LEONARD SLOCUM, APP V STATE OF MISSOURI, RES

15.    ED102597 DARBY O'TOOLE'S PUB & GRUB, RES V THOELE, APP

16.    ED102618 GARY MOORE, APP V RAIL LOGISTICS & DES, RES

17.    ED102622 KENNETH WILSON, APP V STATE OF MISSOURI, RES